UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SAMANTHA SCHREIBER,

    Plaintiff,

v.                                       Case No.  8:10-cv-2890-T-30EAJ

PALM CENTER, LLC,

    Defendant.
_____/

**ORDER OF DISMISSAL**

    Before the Court is the Plaintiff's Voluntary Dismissal With Prejudice (Dkt. #38).

Upon review and consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1.    This cause is dismissed with prejudice.

    2.    Each party shall bear their own attorneys' fees and costs.

    3.    All pending motions are denied as moot.

    4.    The Clerk is directed to close this case.

    **DONE** and **ORDERED** in Tampa, Florida on September 23, 2011.

                                              JAMES S. MOODY, JR.
                                              UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2010\10-cv-2890.dismiss 38.wpd